IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| ESMERALDA DAVIS, | : | Civil Action No. 4:08-cv-00228 |
| Plaintiff, | : | |
| vs. | : | |
| ESKANOS & ADLER and PORTFOLIO RECOVERY ASSOCIATES LLC | : | DISMISSAL WITH PREJUDICE |
| Defendants. | : | |

Plaintiff, by her attorney Ray Johnson, hereby dismisses the above-captioned matter with prejudice.

Respectfully submitted,

*[signature]*

RAY JOHNSON
AT0004019
Johnson Law Firm
950 Office Park Rd.
Suite 335
W. Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com